Savings Bank of Utica, Respondent, v First Utica Associates et al., Defendants, William C. Morris et al., Respondents, and James D. Ryan et al., Appellants.—Order unanimously affirmed without costs for reasons stated in decision at Supreme Court, Shaheen, J. (Appeal from Order of Supreme Court, Oneida County, Shaheen, J.—Summary Judgment.) Present—Green, J. P., Pine, Balio, Davis and Doerr, JJ.

 The People of the State of New York, Respondent, v Wellington Pierson, Appellant.—Judgment unanimously affirmed. Memorandum: Defendant was convicted following a jury trial of driving while intoxicated as a felony. Viewing the evidence in the light most favorable to the People *(People v Malizia,* 62 NY2d 755, 757, *cert denied* 469 US 932), we conclude that legally sufficient proof was adduced at trial to support defendant's conviction *(see, People v Bleakley,* 69 NY2d 490, 495; *see also, People v Smith,* 179 AD2d 1060; *People v Cole,* 178 AD2d 1016). The proof concerning defendant's intoxication was uncontroverted. It showed that he was "incapable of employing the physical and mental abilities which he [was] expected to possess in order to operate [his] vehicle as a reasonable and prudent driver" *(People v Cruz,* 48 NY2d 419, 428, *appeal dismissed* 446 US 901). The testimony of the defense witnesses presented only a question of credibility for the jury to resolve and we conclude that its resolution of that issue is not contrary to the weight of the evidence *(see, People v Bleakley, supra,* at 495). (Appeal from Judgment of Wyoming County Court, Punch, J.—Felony Driving While Intoxicated.) Present—Callahan, J. P., Green, Balio, Fallon and Doerr, JJ.